PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marcus Dalton                                                                 Cr.: 754-01

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 11/27/02

Original Offense: Conspiracy in Racketeering Involving Mail Fraud, Wire Fraud and Securities Fraud (RICO)

Original Sentence: 30 Months Custody, 3 Years TSR

Type of Supervision: Supervised Release                         Date Supervision Commenced: 9/10/04

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

1. You shall reside and participate in a program of Community Corrections for a period of 120 days as approved and directed by the probation office.
2. You shall refrain from any form of gambling and shall participate in a program for the treatment of gambling addiction, at you own expense as approved and directed by the probation officer.
3. You shall use your true name at all times and will be prohibited from the use of any aliases, false dates of birth, social security numbers, place of birth and any other pertinent demographic information.

### CAUSE

Dalton has admitted to gambling while under supervision and to using an alias name while in various Las Vegas casinos. As punitive measures for this behavior, the probation office has recommended that his supervision conditions be modified to include CCC placement. A special condition for gambling treatment has also been added as prevention measures. The offender agrees to these modification.

Respectfully submitted,

By: *[signature]*
U.S. Probation Officer
Date: 4/4/05

THE COURT ORDERS

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

*[signature]*
Signature of Judicial Officer
Date: 5/10/05